IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYMOND MATA,<br><br>                Petitioner,<br><br>vs.<br><br>TODD WASMER, Warden; and DOUGLAS J. PETERSON, Nebraska Attorney General;<br><br>                Respondents. | 8:20CV487<br><br>**ORDER** |

      This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). (Filing No. 3.) The Court has reviewed the application to proceed IFP and Petitioner's trust account information. Upon review, the Court concludes Petitioner must pay the filing fee because he has the financial ability to do so. No further review of this case will take place until the fee is paid.

      Accordingly,

      **IT IS ORDERED** that Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 3) is denied.

      Dated this 30th day of November, 2020.

                                            BY THE COURT:

                                            s/ Susan M. Bazis<br>
                                            United States Magistrate Judge